UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division Div

| | | |
|---|---|---|
| In Re:<br>HERBERT O MCDOWELL<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1612615<br><br>Chapter: 13<br>Honorable JACQUELINE P COX |

ORDER DISMISSING CASE FOR FAILURE TO FILE REQUIRED DOCUMENTS UNDER SECTION 521 (a) (1)

This matter coming before the court on Trustee's Motion to Dismiss, due notice having been given and the court having heard the facts presented;

IT IS THEREFORE ORDERED that this case is dismissed for cause on the Trustee's motion pursuant to 11 U.S.C. § 1307 (c).

Enter: Jacqueline P. Cox
J. Cox

Honorable JACQUELINE P COX
United States Bankruptcy Judge

Dated: JUN - 6 2016

**Prepared by counsel of Movant:**

Tom Vaughn
Chapter 13 Trustee
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900